NUMBER 13-01-764-CR


 COURT OF APPEALS


 THIRTEENTH DISTRICT OF TEXAS


 CORPUS CHRISTI

___________________________________________________________________


PEDRO LONGORIA , Appellant,


v.
THE STATE OF TEXAS, Appellee.

___________________________________________________________________


 On appeal from the 24th District Court 

 of Goliad County, Texas

___________________________________________________________________


 O P I N I O N 


 Before Chief Justice Valdez and Justices Dorsey and Hinojosa 

 Opinion Per Curiam



Appellant, PEDRO LONGORIA , attempted to perfect an appeal from a judgment entered by the 24th District Court of
Goliad County, Texas. On December 18, 2001 , the trial court granted appellant's motion for new trial.

The Court, having examined and fully considered the documents on file and the trial court's order granting a new trial, is of
the opinion that the appeal should be dismissed for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT
OF JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 24th day of January, 2002 .